**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA,

        -against-

ANDREW DAEHEE KIM, and KEVIN STRAUB,

        Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**ORDER**

26 Crim. 00008 (GBD)

GEORGE B. DANIELS, United States District Judge:

    An arraignment and initial conference for the above-captioned case is hereby scheduled before this Court on January 22, 2026 at 10:30 a.m.

Dated:   January 15, 2026
         New York, New York

                      SO ORDERED.

                      GEORGE B. DANIELS
                      United States District Judge